United States District Court
For the Northern District of California

1
2
3          UNITED STATES DISTRICT COURT
4          NORTHERN DISTRICT OF CALIFORNIA
5
6
7   LARRY JAMES MOODY,
8          Plaintiff,                      No. C 13-05148 PJH
9      v.                                  **ORDER OF REASSIGNMENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**
10  CAROLYN W. COLVIN,
11         Defendant.
    _____/
12
13         Both parties having filed their consent to proceed before a United States Magistrate

14  Judge, this matter is referred for random assignment of a Magistrate Judge to conduct any

15  and all proceedings in this matter and order the entry of final judgment, pursuant to Local

16  Rule 72-1.

17         **IT IS SO ORDERED.**

18

19  Dated:  December 17, 2013

20                                         _____
                                           PHYLLIS J. HAMILTON
21                                         United States District Judge

22

23  cc:    CANDMagRef

24
25
26
27
28